UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23142-CIV-SINGHAL

MARIA NOGARA,

    Plaintiff,

vs.

LYNN LAW OFFICE, P.C., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon Defendants' Motion to Compel Payment of Experts' Fees (the "Motion") (DE [69]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation (DE [89]) on February 21, 2024, recommending that the Motion be granted in part and denied in part. The magistrate judge recommended that Defendants be awarded a total of $6,355 in expert deposition fees against Plaintiff pursuant to Fed. R. Civ. P. 26(b)(4)(E).

The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

    **1.** The magistrate judge's Report and Recommendation (DE [89]) is **AFFIRMED** and **ADOPTED.**

2. Defendants' Motion to Compel Payment of Experts' Fees (DE [69]) is **GRANTED IN PART AND DENIED IN PART**. Defendants are awarded and Plaintiff Maria Nogara is taxed a total of $6,355.00 in expert deposition fees for the depositions of Robert Burlington, Esq. and Kevin Aderling, Esq.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of March 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF